Case # : 10-40972-EDJAM
Debtor.: JOSEPH A. GUSICH
Judge..: EDWARD JELLEN
Trustee: PAUL MANSDORF
Chapter: AM

Filed   : May 10, 2010  13:41:46
Deputy  : LM
Receipt: 40071037
Amount : $26.00

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTR

In re                                    Case No. 10-40972

JOSEPH GUSICH

_____ Debtor(s) /     AMENDMENT TO SCHEDULES

The above-named Debtor(s) hereby amends Schedule __F__

to add the following creditor(s):

| Name and Address of Creditor | Amount of Debt |
|---|---|
| City of Dallas<br>Court & Detention Services<br>2014 Main St., Rm. 109<br>Dallas, TX 75201 | $ 2,036.00 |
| Airtron<br>C/o Direct Energy<br>9525 Forest View St.<br>Dallas, TX 75243 | $ 3,444.00 |
| Dallas City Hall<br>1500 Marilla St. Rm 4A North<br>Dallas, TX 75201 | $ 1,249.00 |
| Allied Waste Services<br>P. O. Box 78829<br>Phoenix, AZ 85062 | $ 1,040.00 |
| Atmos Energy Corporation<br>P. O. Box 650205<br>Dallas, TX 75265-0205 | $ 678.00 |

I, _____JOSEPH GUSICH_____, the Debtor(s), declare under penalty of perjury that the foregoing Amendment is true and correct and that this declaration was executed in  Oakland, CA  on  May 7, 2010  .

Debtor: _____

Debtor: _____